

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00460-CR

ALLEN F. CALTON                                                    APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Allen F. Calton filed a premature notice of appeal on September 16, 2013, complaining of an anticipated denial of his postconviction motion for forensic DNA testing. We sent Appellant a letter in early October notifying him of our concern that we lack jurisdiction over this appeal because the trial court has not entered any appealable orders and stating that this appeal would be subject

---

[1]*See* Tex. R. App. P. 47.4.

to dismissal unless, within ten days of receiving our letter, a party provided this court with grounds for continuing the appeal.[2] We received no response.

Almost five months after Appellant filed his notice of appeal, the trial court has yet to rule on his motion. Accordingly, we dismiss this appeal for want of jurisdiction.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 13, 2014

---

[2]*See McIntosh v. State*, 110 S.W.3d 51, 52 (Tex. App.—Waco 2002, no pet.); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.); *see also Blanchette v. State*, No. 02-02-00381-CR, 2003 WL 22026604, at *1 (Tex. App.—Fort Worth Aug. 29, 2003, no pet.) (mem. op.) (not designated for publication) (dismissing appeal for want of jurisdiction when order denying postconviction motion for DNA testing did not exist).

[3]*See* Tex. R. App. P. 43.2(f).